# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 8V1760 | E1387202 | W. Lawrence | 484 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 7/30/22 17:06 | 36 CFR 2.1(c)(3) |

**Place of Offense:** Ocean Drive

**Offense Description; Factual Basis for Charge:** gathering/possessing ginseng (major)

53-59.00

### DEFENDANT INFORMATION
Phone: (606) 703-2788

| Last Name | First Name | M.I. |
|---|---|---|
| Seals | Mark | "R" L |

**Street Address:** 6 N. 7th St.

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Middlesboro | KY | 40965 | 8/13/1969 |

| Drivers License No. ☒ID Card ☐CDL | D.L. State | Social Security No. |
|---|---|---|
| S93-316-570 | KY | 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 |

☒Adult ☐Juvenile  Sex ☒Male ☐Female  Hair: Br  Eyes: Bu  Height: 6'6"  Weight: 165

### VEHICLE
VIN: —

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| C4X-764 | KY | '02 | Buick/sedan | | silver |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: TBA
Time: TBA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: ISSUED IN PERSON

Original - CVB Copy

*E1387202*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/26/2022 16:9

UNITED STATES DISTRICT COURT
VIOLATION NOTICE

Violation No. E1387202 Loc. Code VW60
STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

On July 30th, 2022, within Cumberland Gap National Historic Park, at approximately 10:45 hours I checked photos on a trail camera on Ocean Drive. Photos time stamped 08:16 that morning showed a silver Buick sedan back into a pull-out by a gravel pile, a middle-aged male with shaggy auburn hair exit the car, then the car pulled away. This area is historically a common drop-off spot for ginseng poachers.

I waited in the woods at the same location. At approximately 16:45 US Park Ranger Andrew Dellett informed me via radio that a matching vehicle was in the area. At approximately 16:47 I observed a male subject matching the trail camera photos wearing camouflage and a red backpack, carrying a walking stick walk down Ocean Drive and wait near the gravel pile.

The Buick sedan (KY plate #C4X-464) drove down Ocean Drive and stopped by the gravel pile, at which point the male subject walked up to the window. I made contact with the subjects and identified the male in camouflage as Mark L. SEALS (KY ID card #S94-316-570, D.O.B. 8/11/1969). SEALS admitted he had ginseng roots in his backpack but insisted he got them from private land with permission. SEALS did not know the name of the nearby landowner.

I seized SEALS backpack which contained 106 freshly dug Ginseng roots. I found two screwdrivers and a gardening glove in SEALS backpack which are common tools used for digging ginseng. SEALS hands were covered in dirt with crusted dirt under his fingernails. SEALS was arrested and issued a citation for 36 CFR 2.1(c)(3), digging or possessing ginseng. The seized ginseng roots weighed at 1lb and some of them showed orange paint when viewed under a blacklight. Ginseng within the park is commonly dug, the roots painted, then replanted by park employees to mark it.

RME
8/1/22

The foregoing statement is based upon:
✓ my personal observation ✓ my personal investigation
✓ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/30/2022
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 1/20/2023
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VW60 | E1387203 | W. Lawrence | 481 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 7/30/22  17:06 | 18 USC 13(a) / VA 3.2-1003 |

**Place of Offense**
Ocean Drive

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
digging, transporting ginseng outside designated season in Virginia

### DEFENDANT INFORMATION
Phone: (606) 703-2788

| Last Name | First Name | M.I. |
|---|---|---|
| Seals | Mark | L |

Street Address: 6 N. 7th St.

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Middlesboro | KY | 40965 | 8/11/1969 |

| Drivers License No. ZD Card | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 594-316-570 | | KY | 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 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Br   Eyes: Bn   Height: 6'0"   Weight: 165

### VEHICLE   VIN: ___   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| C4X-764 | KY | '62 | Buick/Sedan | | Silver |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| | TBA | TBA |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1387203*

CVB SCAN 08/26/2022 16:10

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☐ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/26/2022 16:10

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Violation No. E1387203 Loc. Code VW60
STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

On July 30th, 2022, within Cumberland Gap National Historic Park, in the Western District of Virginia, I checked photos on a trail camera on Ocean Drive, a common drop-off spot for ginseng diggers. Photos time stamped 08:16 that morning showed a silver Buick sedan drop off a male subject and the car drove away the way it came. I waited nearby in the woods. At approximately 16:47 I observed a male subject matching the trail camera photos wearing camouflage and a red backpack walk down Ocean Drive and wait near a gravel pile. The Buick sedan (KY plate #C4X-464) drove down Ocean Drive a few minutes later and came to a stop at which point the male subject walked up to the window.

I made contact with the subjects and identified the male in camouflage as Mark L. SEALS (KY ID card #S94-316-570, D.O.B. 8/11/1969). SEALS admitted he had ginseng roots in his backpack. I seized SEALS backpack which contained 106 freshly dug Ginseng roots. I found two screwdrivers and a gardening glove in SEALS backpack which are common tools used for digging ginseng. SEALS hands were covered in dirt with crusted dirt under his fingernails. SEALS was arrested and issued a citation for digging ginseng. The seized ginseng roots weighed at 1lb.

Wild ginseng is classified as a threatened plant in the Commonwealth of Virginia, where SEALS was found to be in possession of it, and must be harvested in accordance with provisions of Title 3.2 in the Code of Virginia. Ginseng must be taken within the harvest season of Sept. 1 to Dec. 31. Ginseng that is less than five years old and has fewer than three prongs may not be harvested. Many of the roots in SEALS possession were smaller than three prongs. On August 11th I issued SEALS a citation for VA 3.2-1003, assimilated under 18 USC 13(a), for taking wild ginseng outside of accordance with the provisions of Virginia Code.

The foregoing statement is based upon:
✓ my personal observation   ✓ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/30/2022
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 1/20/2023
Date (mm/dd/yyyy)    U.S. Magistrate Judge